AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>John Katsetos<br><br>Defendant(s) | Case No. 3:14mj153(HBF)<br><br>United States District Court<br>District of Connecticut<br>FILED AT   BRIDGEPORT<br>July 1, 2014<br>Roberta D. Tabora, Clerk<br>By _____<br>Deputy Clerk |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __8/11 to the date of this complaint__ in the county of __Fairfield & New Haven__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sec. 841(a)(1) & 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Narcotics |

This criminal complaint is based on these facts:
see Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Margaret Lang, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ Holly B. Fitzsimmons, USMJ
_____
Judge's signature

Date: 06/25/2014

City and state: Bridgeport, CT

Hon. Holly B. Fitzsimmons, US Magistrate Judge
*Printed name and title*