AO 455   (Rev. 9/98) Waiver of Indictment

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2015 MAY -1  P 5: 11

US DISTRICT COURT
HARTFORD CT

| United States of America | WAIVER OF INDICTMENT |
|---|---|
| V. | |
| JOHN KATSETOS | DOCKET NUMBER: 3:15CR69(VLB) |

 

I, JOHN KATSETOS, the above-named defendant, who is accused of ONE COUNT in violation of Title 21, United States Code, Section 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Narcotics) and ONE COUNT in violation of Title 21, United States Code, Section 1347 (Health Care Fraud), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on May 1, 2015, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
JOHN KATSETOS
Defendant

_____
WILLIAM F. DOW, JR., ESQ.
Counsel for Defendant

Before   /s/ Vanessa L. Bryant
_____
HONORABLE VANESSA L. BRYANT
United States District Judge